**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **77 Varet Holding Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **13-3343598** |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **114 Avenue T** **Brooklyn, NY 11223-3629** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **77 Varet Holding Corp.**                                                    Case number (if known) _____
_____
Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
|---|---|---|

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **77 Varet Holding Corp.**                                      Case number *(if known)* _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**▉ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **77 Varet Holding Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | 77 Varet Holding Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/21/22
           MM / DD / YYYY

**X** _____
    Signature of authorized representative of debtor

Title    **Manager** _____

**David Goldwasser**
_____
Printed name

---

**18. Signature of attorney**

**X**    /s/ Kevin J. Nash _____
    Signature of attorney for debtor

Date    09/21/2022
         MM / DD / YYYY

**Kevin J. Nash** _____
Printed name

**Goldberg Weprin Finkel Goldstein LLP** _____
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036** _____
Number, Street, City, State & ZIP Code

Email address    **knash@gwfglaw.com**
                **kjnash@gwulaw.com**

Contact phone    **(212) 221-5700** _____

**Kevin J. Nash** _____
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                                     Chapter 11

-

77 VARET HOLDING CORP.,                                    Case No.

                                        Debtor.

-------------------------------------------------------X

## CONSOLIDATED DECLARATION PURSUANT
## TO LOCAL BANKRUPTCY RULE 1007-4

David Goldwasser declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am currently the Manager of both 77 Varet Holding Corp. (the "Equity Holder")
and 162-164 82nd Street LLC (the "Fee Owner" and collectively with the Equity Holder, the
"Debtors") having been appointed by the Debtors' members to attempt to restructure the
outstanding mortgage and mezzanine debt held by East 82nd Holdco LLC, as successor to Dime
Savings Bank (the "Lender"). I was engaged prior to bankruptcy and I have led the effort to
negotiate a prior forbearance with the Lender and these ensuing Chapter 11 cases, which are being
filed with the support of the Lender.

2.      In the process, I have familiarized myself with the Debtors' respective legal,
business and financial affairs. I am submitting this Consolidated Declaration, to the best of my
knowledge, pursuant to Local Rule 1007-4 to assist the Court, creditors, and other parties-in-
interest in understanding the circumstances leading up to the filing of the Chapter 11 petition, the
Debtors' debt and capital structure, and the Debtors' plans relating to the Bankruptcy.

### Events Leading Up to the Chapter 11 Filing

3.      The Equity Holder is a stock holding company whose sole asset is its 100%
membership interest in the Fee Owner, which owns a residential apartment building on the Upper

East Side containing 37 units (the "Property"), most of which are free market. The Property has a monthly rent roll of $81,189.23.

4.      The Fee Owner will be filing a separate Chapter 11 petition imminently so that the subject Property itself is subject to Bankruptcy Court jurisdiction. For purposes of the bankruptcy proceedings, which we anticipate will be jointly administered, this Consolidated Declaration will be included as part of the Fee Owner's petition as well. The filing of a bankruptcy by the Fee Owner is awaiting certain updated property and creditor information.

5.      The Lender's predecessor, Dime Savings Bank, made a senior mortgage loan and mezzanine loan relating to the Property in 2017. The senior mortgage was in the original principal amount of $10.5 million (since reduced to a principal balance of no more than $9,759,630) and has been in default since 2020 with substantial accrued interest of $2,287,173.18 as of April 2022. The mezzanine loan was in the original principal amount of $1,500,000 (since reduced to the sum of no more than $1,382,027) and likewise has been in default since 2020 with accrued interest of at least $323,953.45 as of April 2022.

6.      The Property became subject to mortgage delinquencies during Covid, which were exacerbated by litigation and accounting issues involving the Managing Agent, Choice New York Management. A new property manager is being engaged in connection with the commencement of the Chapter 11 cases.

7.      In the interim, the Lender noticed a U.C.C. Article 9 foreclosure sale of the Equity Holder's membership interest in the Fee Owner. The sale has been adjourned from time to time following execution of a forbearance agreement in January 2022. The forbearance has expired, and the Lender is refusing to adjourn the U.C.C. foreclosure sale any longer. However, the Lender has consented to the commencement of bankruptcy proceedings and will afford the Debtor one

last opportunity to refinance the Property based upon a negotiated pay-off, failing which the Property will be marketed for sale in Chapter 11, with the Lender to retain full credit bid rights.

8.    For purposes of Chapter 11, the Debtors and the Lender intend to negotiate a consensual cash collateral stipulation, and have agreed upon a broker to market the Property.

### Local Rule 1007-4 Disclosures

9.    Pursuant to Rule 1007-4(a)(v), no committee has been formed prior to the commencement of these cases.

10.    Pursuant to Rule 1007-4(a)(vi) a list containing the names and addresses of the Debtors' twenty (20) largest unsecured creditors will accompany the filing of the bankruptcy schedules and statements.

11.    Pursuant to Rule 1007-4(a)(vii) the Equity Holder has one secured creditor (*i.e.*, the Lender), based upon the mezzanine loan.

12.    Pursuant to Rule 1007-2(a)(viii), (xi), and (xii), the sole asset of the Equity Holder consists of its 100% membership interest in the Fee Owner, which owns the Property.

13.    Pursuant to Rule 1007-2(a)(ix) the Debtor's shares are not publicly held or traded.

14.    The Debtors employ a super for the Property.

15.    Based on the current rent roll, the Debtors expect to receive revenues of approximately $81,000 during the thirty (30) day period following the Chapter 11 filing. The Debtors' operating expenses during the same thirty (30) day period should be  less than this amount, providing the ability to pay some debt service.

Dated:    New York, New York
          September 21, 2022

                              By:    _____
                                     David Goldwasser

**COMPANY RESOLUTION**

WHEREAS, as a special meeting of the Members of 77 Varet Holding Corp. and 162-164 82nd Street LLC (the (collectively the "Companies") held on September 19, 2022, and after a motion duly made and carried, it is

RESOLVED, that the Companies are each authorized to file for relief under the provisions of Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court of the Eastern District of New York; and it is further

RESOLVED, that David Goldwasser is hereby appointed as the manager and Chief Restructuring Officer of each of the Companies, and David Goldwasser is hereby authorized, directed and empowered to execute and deliver, on behalf of each of the Companies, a bankruptcy petition and all documents and the instruments that may be required in connection therewith, and to perform all other acts and things, as may be required in connection with the respective bankruptcy proceedings; and it is further

RESOLVED, that each Company is authorized to retain the firm of Goldberg Weprin Finkel Goldstein LLP as its bankruptcy counsel.

Dated: New York, New York
      September 21, 2022

162-164 82nd STREET LLC                 77 VARET HOLDING CORP

By: _____        By: _____
        Manager                             Manager

APPROVED AND CONSENTED TO:

_____          _____
      Ruben Azrak                         Patricia G. Lampl

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 11

77 VARET HOLDING CORP.,                                       Case No.

                                        Debtor.
-------------------------------------------------------------x

**LIST OF LAWSUITS**

Non-Judicial Article 9 Foreclosure Sale noticed by the Lender for disposition of the
Debtor's 100% membership interest in 162-164 82nd Street LLC.


Dated:    New York, New York
          September 21, 2022


                              77 VARET HOLDING CORP.


                         By:    _____
                                              Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                          Chapter 11

77 VARET HOLDING CORP.,                          Case No.

                            Debtor.
-------------------------------------------------------X

### LIST OF EQUITY HOLDERS

Ruben Azrak          66⅔%

Patricia G. Lampl    33⅓%

Dated:   New York, New York
         September 21, 2022

                              77 VARET HOLDING CORP.

                    By:    _____
                                    Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                          Chapter 11

77 VARET HOLDING CORP.,                                         Case No.

                                        Debtor.
--------------------------------------------------------------x

**BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

   Pursuant to Bankruptcy Rule 7007.1, 77 Varet Holding Corp. certifies that it is a

private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which

are publicly held.


Dated: New York, New York
   September 21, 2022

        77 VARET HOLDING CORP.


      By:  _____
           Manager

| Fill in this information to identify the case: |
| --- |

Debtor name    **77 Varet Holding Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form
for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any
amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and
the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519,
and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual
serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 21, 2022**    X /s/ _____
                                          Signature of individual signing on behalf of debtor

                                     David Goldwasser
                                     Printed name

                                     **Manager**
                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **77 Varet Holding Corp.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 1

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **77 Varet Holding Corp.**_____    Case number *(If known)* _____
_____Name_____

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **100% Member of 162-164 82nd Street LLC** | | $0.00 | | TBD |

56.    **Total of Part 9.**                                                                                                                                              | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **77 Varet Holding Corp.**
          _____
          Name

Case number *(If known)*    _____

Debtor    **77 Varet Holding Corp.**_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $0.00 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**77 Varet Holding Corp.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  East 82nd Holdco LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**100% Member of 162-164 82nd Street LLC**

Amount of claim: **$1,382,027.00**  
Value of collateral: **TBD**

**85 Broad St**
**New York, NY 10004-2434**
Creditor's mailing address

Describe the lien
**Mezzanine Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        **$1,382,027.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Wayne S. Cook, Jr., Esq.**<br>**Windels Marx Lane & Mittendorf**<br>**156 W 56th St**<br>**New York, NY 10019-3800** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **77 Varet Holding Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Internal Revenue Service** | *Check all that apply.* |
| **Centralized Insolvency Operations** | ☐ Contingent |
| **PO Box 7346** | ■ Unliquidated |
| **Philadelphia, PA 19101-7346** | ■ Disputed |
| | |
| Date or dates debt was incurred | Basis for the claim: |
| | |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

Total claim **$0.00**   Priority amount **$0.00**

| | |
|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **NYC Dep't of Finance** | *Check all that apply.* |
| **Legal Affairs** | ☐ Contingent |
| **345 Adams St Fl 3** | ■ Unliquidated |
| **Brooklyn, NY 11201-3719** | ■ Disputed |
| | |
| Date or dates debt was incurred | Basis for the claim: |
| | |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

Total claim **$0.00**   Priority amount **$0.00**

Debtor  **77 Varet Holding Corp.**                              Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**NYS Dept of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred                  Basis for the claim:

Last 4 digits of account number                  Is the claim subject to offset?

Specify Code subsection of PRIORITY              ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)          ☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____          Basis for the claim: _____

Is the claim subject to offset? ☐ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|     | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **NYC Dept of Law**<br>**Attn: Bernadette Brennan, Esq.**<br>**100 Church St Rm 5-233**<br>**New York, NY 10007-2601** | Line **2.2**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **NYS Attorney General**<br>**28 Liberty St**<br>**New York, NY 10005-1400** | Line **2.3**<br><br>☐ Not listed. Explain _____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **77 Varet Holding Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases            **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __77 Varet Holding Corp.__

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **Patricia Lampl** | | **East 82nd Holdco LLC** | ■ D    __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Ruben Azrak** | | **East 82nd Holdco LLC** | ■ D    __2.1__<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>77 Varet Holding Corp.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................   $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................   $ _____ 0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................   $ _____ 0.00

---

**Part 2:   Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................   $ _____ 1,382,027.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   +$ _____ 0.00

4.   **Total liabilities** ................................................................
    Lines 2 + 3a + 3b   $ _____ 1,382,027.00

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                          Case No. _____

<u>77 Varet Holding Corp.</u>                              Chapter **11** _____
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date: <u>**September 21, 2022**</u>          */s/ David Goldwasser* _____
                                              Debtor


                                              _____
                                              Joint Debtor


                                              */s/ Kevin J. Nash* _____
                                              Attorney for Debtor

Software Copyright (c) 2022 CINGroup - www.cincompass.com

East 82nd Holdco LLC
85 Broad St
New York, NY  10004-2434


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY  10007-2601


NYS Attorney General
28 Liberty St
New York, NY  10005-1400


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300

Wayne S. Cook, Jr., Esq.
Windels Marx Lane & Mittendorf
156 W 56th St
New York, NY  10019-3800