UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 77 Varet Holding Corp., | Case No. 22-42316-NHL |
| 162-164 82nd St. LLC, | Case No. 22-42569-NHL |
| Debtors. | Jointly Administered |

-------------------------------------------------------------x

## NOTICE OF EFFECTIVE DATE OF THE DEBTORS' REVISED SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that the Revised Second Amended Joint Chapter 11 Plan of Reorganization [ECF No. 80] filed by the debtors herein, 77 Varet Holding Corp. and 162-164 82nd St. LLC, was confirmed by Order dated June 29, 2023 and became effective on June 29, 2023.

Dated: New York, NY
July 6, 2023

                                                        Goldberg Weprin Finkel Goldstein LLP
                                                        125 Park Avenue, 12th Floor
                                                        New York, NY 10017

                                                        By:    /s/ J. Ted Donovan